IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRANCE HOLLIDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-02832 |
| TDD, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, TERRANCE HOLLIDAY and Defendant, TDD, L.P., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 29th day of April, 2024.

                                          Law Offices of
                                          THE SCHAPIRO LAW GROUP, P.L.

                                          /s/ *Douglas S. Schapiro*_____
                                          Douglas S. Schapiro, Esq.
                                          Southern District of Texas ID No. 3182479
                                          The Schapiro Law Group, P.L.
                                          7301-A W. Palmetto Park Rd., #100A
                                          Boca Raton, FL 33433
                                          Tel: (561) 807-7388
                                          Email: schapiro@schapirolawgroup.com

                                          Attorney for Plaintiff

*/s/ Wayman L. Prince*
Wayman L. Prince, Esq.
Texas Bar No. 16329350
Law Office of Attorney Wayman L. Prince
9111 Katy Freeway, Suite 301
Houston, TX  770024
Tel:  713-467-1659
Email:  wayman@wlplaw.com

 Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479